THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM BRAUNSTEIN, Appellant.

(Submitted December 31, 1928; decided December 31, 1928.)

MOTION to amend remittitur so as to show that upon the argument of the appeal to this court the validity of section 601 of the Education Law was questioned, as violative of the Fourteenth Amendment to the Federal Constitution, and that this court, in its decision, passed upon that question and held that the statutory provision in question was in all respects valid. (See 248 N. Y. 308.)

Motion granted. Recall of remittitur requested and the remittitur, when recalled will be amended accordingly.